IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-CV-0778-N |
| | § | |
| RYAN & COMPANY, P.C., | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS

Plaintiff files this Agreed Motion to Dismiss and for good cause show that Plaintiff and Defendant have resolved all differences between them and have entered into a Settlement Agreement. Pursuant to the terms of the Settlement Agreement, Plaintiff requests that the Court dismiss all claims with prejudice with all fees, expenses, and costs to be borne by the party incurring same.

Respectfully submitted,

       /s/ Elizann Carroll
Molly Buck Richard
molly@richardlawgroup.com
Texas Bar No. 16842800
Elizann Carroll
Elizann@richardlawgroup.com
Texas Bar No. 00787209
RICHARD LAW GROUP, INC.
8411 Preston Road, Suite 890
Dallas, TX  75225
(214) 206-4300 (phone)
(214) 206-4330 (fax)

*Counsel for Plaintiff Ryan, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to the settlement of this matter Defendant agrees to the relief sought herein.

                                                   /s/   Elizann Carroll

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel who are authorized to receive electronically Notices of Electronic Filing.

                                                   /s/   Elizann Carroll